[No. 74254-0-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR CRUZ VILLASENOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-8-01026-5, Thomas J. Wynne, J., entered November 2, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 74449-6-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS RYAN COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02019-2, Samuel Chung, J., entered December 10, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Mann, JJ.

[No. 74529-8-I. Division One. January 17, 2017.]

MOUNTAIN HIGH ASSOCIATION OF APARTMENT OWNERS, *Respondent*, v. SAMUEL D. TURNER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-15061-8, Judith H. Ramseyer, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 74747-9-I. Division One. January 17, 2017.]

*In the Matter of the Detention of* W.T.

THE STATE OF WASHINGTON, *Respondent*, v. W.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-6-00199-2, Suzanne Parisien, J., entered January 21, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Trickey, A.C.J., and Leach, J.